IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE SUDANO, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>TEXAS ROADHOUSE INVESTMENTS OF BEAVER PA, LLC., TEXAS ROADHOUSE INVESTMENTS OF BUTLER PA, LLC., TEXAS ROADHOUSE INVESTMENTS OF GREENSBURG PA, LLC., TEXAS ROADHOUSE INVESTMENTS OF WASHINGTON PA, LLC., ROBERT P. LANGLEY, and DOE DEFENDANTS 1-10.<br><br>        Defendants. | )<br>)<br>) Civil Action No. 2:19-CV-00064-MPK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

  Plaintiff Renee Sudano ("Plaintiff"), by and through her undersigned counsel, respectfully moves this Court for an Order giving Final Approval of the Class and Collective Action Settlement.

  1.  Plaintiff incorporates herein by reference, as if fully set forth, the allegations of her Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 55) and approval of Class Action Settlement and Certification of the Class, which Motion was granted by Order dated August 31, 2020. ECF No. 63.

1

2. Plaintiff incorporates herein by reference, as if fully set forth, the allegations of her Motion for Approval of Attorneys' Fees and Expenses and for Class Representative Service Payment.[1]

3. It is respectfully submitted that the facts and circumstances which led the Court to enter its August 31, 2020 Order have not changed, and that the Settlement continues to be fair and reasonable.

4. Plaintiff has laid out the grounds for approval of this Motion in the contemporaneously filed Memorandum of Law in Support and declarations.

5. Plaintiff requests approval of the Proposed Settlement Agreement on the ground that the proposed settlement terms fall within the range of reasonableness and that approval as to these terms secures an adequate recovery for class members in exchange for their rights to litigate their claims.

WHEREFORE, Plaintiff requests that the Court grant Final Approval of the Settlement.

Dated: April 20, 2021

    Respectfully Submitted,

    **CARLSON LYNCH, LLP**
    By: */s/ Edwin J. Kilpela*
    Gary F. Lynch
    Edwin J. Kilpela
    Edward W. Ciolko
    Elizabeth Pollock-Avery
    **CARLSON LYNCH, LLP**
    1133 Penn Ave., 5th Floor
    Pittsburgh, PA 15222

---

[1] Plaintiff's Motion for Approval of Attorneys' Fees and Expenses and for Class Representative Service Payment will be filed separately from and concurrently with this Motion.

Telephone: (412) 322-9243
Facsimile: (412) 231-0246
Email: glynch@carlsonlynch.com
       ekilpela@carlsonlynch.com
       eciolko@carlsonlynch.com
       eavery@carlsonlynch.com

-And-

**CONNOLLY WELLS & GRAY, LLP**
Gerald D. Wells, III
Robert J. Gray
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: 610-822-3700
Facsimile: 610-822-3800
Email: gwells@cwglaw.com
       rgray@cwglaw.com


*Counsel for Plaintiff and the Class*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of April, 2021, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Edwin J. Kilpela*
Edwin J. Kilpela