IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE SUDANO, *on behalf of herself and all others similarly situated*,<br><br>                  Plaintiff,<br><br>      v.<br><br>TEXAS ROADHOUSE INVESTMENTS OF BEAVER PA, LLC., TEXAS ROADHOUSE INVESTMENTS OF BUTLER PA, LLC., TEXAS ROADHOUSE INVESTMENTS OF GREENSBURG, PA, LLC., TEXAS ROADHOUSE INVESTMENTS OF WASHINGTON, PA, LLC., and ROBERT P. LANGLEY<br><br>                  Defendants. | Civil Action No. 19-00064<br>Magistrate Judge Maureen P. Kelly |

### ~~PARTIES' JOINT STIPULATION AND [PROPOSED]~~ ORDER REGARDING SUPPLEMENTAL PARTICIPATING SETTLEMENT CLASS MEMBERS

WHEREAS, on April 23, 2021, the Court, after holding a Final Approval Hearing and hearing argument from counsel for the Named Plaintiff Renee Sudano ("Plaintiff") and Defendants Texas Roadhouse Investments of Beaver PA, LLC., Texas Roadhouse Investments of Butler PA, LLC., Texas Roadhouse Investments of Greensburg PA, LLC., Texas Roadhouse Investments of Washington PA, LLC., and Robert P. Langley (collectively "Defendants" who, together with Plaintiff, the "Parties"), granted final approval of the Settlement in the above-captioned matter;

WHEREAS, in accordance with the terms of the Settlement, distribution of the Settlement Amount is set to occur on June 10, 2021;

1

WHEREAS, a number of individuals submitted Claim Forms which were received subsequent to the Bar Date;

WHEREAS, a list of those individuals is attached hereto as "Exhibit A";

WHEREAS, the Parties have met and conferred and determined that the aforementioned individuals should be treated as Participating Settlement Class Members ("Supplemental Participating Settlement Class Members");

WHEREAS, the Parties have agreed that the inclusion of the Supplemental Participating Settlement Class Members will not impede the distribution of the Settlement's proceeds should the Court approve this Joint Stipulation prior to June 10, 2021;

WHEREAS, courts in similar actions have granted joint stipulations allowing individuals who submitted untimely claim forms to participate in the settlement (*See e.g. Vider v. Lmt Real Estate, LLC*, et al., No 19-cv-2066 (E.D. Pa.);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that: (i) the individuals listed in Exhibit A should be treated as Participating Settlement Class Members and be bound by the terms of the Settlement; and (ii) other than as set forth in this stipulation, the Participating Settlement Class Members shall be bound by the terms of the Settlement Agreement and this Court's prior orders in all other respects.

Dated: June 2, 2021                                          Respectfully submitted,

**CONNOLLY WELLS & GRAY LLP**                    **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By: */s/ Gerald D. Wells, III*                                    By: */s/ Teresa O. Sirianni*
Gerald D. Wells, III                                                  Teresa O. Sirianni
101 Lindenwood Drive                                           Union Trust Building, Suite 700
Suite 225                                                                  501 Grant Street
Malvern, PA 19355                                                  Pittsburgh, PA 15219
Telephone: (610) 822-3700                                    Telephone: (412) 803-1140
Facsimile: (610) 822-3800                                     Facsimile: (412) 803-1188
Email: gwells@gmail.com                                     TOSirianni@mdwcg.com

*Counsel for Plaintiff and the Settlement Class*         *Counsel for Defendants*

**SO ORDERED**

Dated: 6/6/21

BY THE COURT:

_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

3

# EXHIBIT A

**Late Claimants**

Carson A. Angert

Logan W. Angert

Ceara M. Bartosh

Heather N. Bonnoni

Nicholas A. Clary

Rachael N. Crosby

Elisabeth F. Harvey

Rheanna M. Hixson-Steele

Jenna K. Horniacek

Kyleigh Jarosinski

Kimberly A. Kukol

Caitlin A. Marton

Kaylee M. Polis

Madison N. Reynolds

Tricia Sadler

Thomas F. Salley

Noah J. Turek

Stacey L. Webb